David W. Newman (USB #15901)
Assistant United States Trustee
Peter J. Kuhn (USB #3820)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
Washington Federal Bank Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111
Telephone: (801) 524-5734
Facsimile: (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorneys for Patrick S. Layng
United States Trustee, Region 19

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

| In re: | Bankruptcy Case No. 23-24801 |
|---|---|
| ADAM WILLIAM TRAMMELL, | Chapter 7 |
| Debtor. | Hon. William T. Thurman |

**UNITED STATES TRUSTEE'S APPLICATION FOR ENTRY OF AN ORDER EXTENDING DEADLINES FOR FILING COMPLAINTS OBJECTING TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**

The United States Trustee asks the Court for entry of an order extending the deadline for filing complaints objecting to Debtor's discharge under 11 U.S.C. § 727 based upon the following:

1. On May 16, 2024, the Motion to Extend Deadline for Filing Complaints Objecting to Debtor's Discharge Under 11 U.S.C. § 727 ("Motion") herein was filed.

2. A discharge has not been issued in the present Case.

3. On May 16, 2024, a notice of Motion and opportunity for hearing ("Notice") for the aforesaid Motion was filed.

4. On May 16, 2024, the Notice was uploaded to BMC Group, Inc., an approved bankruptcy notice provider, and directed that it be sent by first class mail to the parties listed. A copy of the certificate of service received from BMC Group, Inc. has been filed (Dkt. 65).

5. The Notice provided that a response to the Motion was required to be filed no later than June 3, 2024, and that failure to do so could result in the entry of an order granting the relief requested without a hearing.

6. A review of the official Bankruptcy Court docket record for the present case on June 14, 2024 indicates that no response has been filed.

7. The Office of the United States Trustee has not otherwise received a response to the Motion.

8. Entry of an order extending deadlines is appropriate.

Date:  June 14, 2024

UNITED STATES TRUSTEE
Patrick S. Layng

By: /s/ *Peter J. Kuhn*
PETER J. KUHN
Attorney for the United States Trustee